# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0734.  MATHIS v. THE STATE.**

On December 5, 2018, this Court granted the appellant an extension of time until January 4, 2019, in which to file an enumeration of errors and a brief in this case. As of the date of this order, the appellant's brief and enumeration of errors still have not been filed. Accordingly, this appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/25/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*